```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2023
```

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Michael O'Sullivan, individually and on behalf of all others similarly situated,
    Plaintiff,

    v.

Conagra Brands, Inc.,

    Defendant.

Case No. 7:23-cv-08009-NSR

**ORDER FOR ADMISSION PRO HAC VICE OF NICK SUCIU III**

    The motion of Nick Suciu III, for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

    Applicant has declared that he is a member in good standing of the bar of the State of Michigan and that his contact information is as follows:

> Nick Suciu III
> MILBERG COLEMAN BRYSON
> PHILLIPS GROSSMAN, PLLC
> 6905 Telegraph Rd. Suite 115
> Bloomfield Hills, MI 48301
> Tel.:   (313) 303-3472
> nsuciu@milberg.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff in the above-captioned action;

    **IT IS HEREBY ORDERED** that Nick Suciu III is admitted to practice *pro hac vice* in the above-captioned action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. The Clerk of the Court is kindly directed to terminate the motion at ECF No. 8.

Dated: September 20, 2023
       White Plains, NY

SO ORDERED:

*[signature]*

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE