UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL O'SULLIVAN,

                          Plaintiff,

              v.

CONAGRA BRANDS, INC.,

                          Defendant.

No. 23-cv-08009 (NSR)

**NOTICE OF APPEARANCE**

To:     The Clerk of Court and all parties of record.

        I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for Conagra Brands, Inc.

November 8, 2023                      Respectfully submitted,

                        By:   */s/ Rachel Finkel*
                              Rachel Finkel

                              Alston & Bird LLP
                              90 Park Avenue
                              New York, NY 10016
                              Phone: (212) 210-9517
                              Rachel.Finkel@alston.com

                              *Attorney for Conagra Brands,*
                              *Inc.*